IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


BARBARA ANN JACKSON,

    Plaintiff,

v().                                       CASE NO. 4:16cv212-RH/EMT

BANK OF AMERICA, N.A., and
DAVID H. ABRAMS,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 13 and the objections, ECF No. 14. I have reviewed de novo the issues raised by the objections.

    The report and recommendation concludes that the plaintiff's claims are barred by res judicata. The plaintiff's objections do not respond to that conclusion. The plaintiff has suggested no basis for denying that her claims are barred by res judicata, including the rule against splitting causes of action.

    For these reasons and those set out in the report and recommendation,

    IT IS ORDERED:

1. The report and recommendation is accepted.

2. The clerk must enter judgment stating, "It is ordered that the plaintiff Barbara Ann Jackson recover nothing on her claims against the defendants Bank of America, N.A. and David H. Abrams. The claims are dismissed on the merits."

3. The clerk must close the file.

SO ORDERED on November 26, 2016.

                                        s/Robert L. Hinkle
                                        United States District Judge